UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| HOLLY POLITTE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:19 CV 340 CDP |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me Holly Politte's motion for leave to proceed in forma pauperis on appeal. On June 10, 2019, I denied Politte's motion to vacate, set aside or correct her sentence under 28 U.S.C. § 2255. [Docs. # 5, #6]. At that time, I also denied her a certificate of appealability. For the same reasons, I will also deny the motion for leave to proceed in forma pauperis on appeal as I find that Politte's appeal is frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that the motion to proceed in forma pauperis on appeal [8] is denied and the Court certifies under 28 U.S.C. § 1915(a)(3) that Holly Politte's appeal is frivolous and not taken in good faith.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2019.